**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

BERLAIN GALVEZ-LOPEZ,

Defendant - Appellant.

No. 12-10260

D.C. No. 4:11-cr-04096-JGZ

MEMORANDUM[*]

Appeal from the United States District Court
for the District of Arizona
Jennifer G. Zipps, District Judge, Presiding

Submitted June 10, 2013[**]

Before:    HAWKINS, McKEOWN, and BERZON, Circuit Judges.

Berlain Galvez-Lopez appeals from the district court's judgment and

challenges his jury-trial conviction and 60-month sentence for three counts of

bringing in an illegal alien for profit, in violation of 8 U.S.C. § 1324(a)(2)(B)(ii).

Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Galvez-Lopez's counsel

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. Galvez-Lopez has filed a pro se supplemental brief. No answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**